Northern District Of Ohio
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702
**Case No. 10–62496–rk**

**In re:**

| | |
|---|---|
| Shane Michael Byerly | Tina Marie Byerly |
| 229 Wood St | 229 Wood St |
| Loudonville, OH 44842 | Loudonville, OH 44842 |

**Social Security No.:**
  xxx–xx–0892                          xxx–xx–3996

**MISSING DOCUMENTS NOTICE**

**To the Parties in Interest:**

The above referenced case was filed in this court on June 9, 2010. The petition is missing the following required documents:

Employee Income Records

Pursuant to Bankruptcy Rule 1007(C), these papers must be filed within 14 days of the filing of the petition. Failure to comply will cause an Order to Show Cause why this case should not be dismissed to be entered. Filing due date .

| | |
|---|---|
| **Dated:** June 10, 2010 | For the Court |
| Form ohnb259 | Kenneth J. Hirz, Clerk |