Northern District Of Ohio
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702
**Case No. 10−62496−rk**

**In re:**

| | |
|---|---|
| Shane Michael Byerly | Tina Marie Byerly |
| 229 Wood St | 229 Wood St |
| Loudonville, OH 44842 | Loudonville, OH 44842 |

**Social Security No.:**

xxx−xx−0892    xxx−xx−3996

## MISSING DOCUMENTS NOTICE

**To the Parties in Interest:**

The above referenced case was filed in this court on June 9, 2010. The petition is missing the following required documents:

Employee Income Records

Pursuant to Bankruptcy Rule 1007(C), these papers must be filed within 14 days of the filing of the petition. Failure to comply will cause an Order to Show Cause why this case should not be dismissed to be entered. Filing due date .

**Dated:** June 10, 2010                    For the Court
Form ohnb259                          Kenneth J. Hirz, Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0647-6          User: seshe              Page 1 of 1              Date Rcvd: Jun 10, 2010
Case: 10-62496                Form ID: 259             Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 12, 2010.
```
db/db       +Shane Michael Byerly,   Tina Marie Byerly,   229 Wood St,   Loudonville, OH 44842-1537
```

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2010**                             **Signature:** _Joseph Speetjens_